

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORBERT WU,

        Plaintiff,

- against -

PEARSON EDUCATION, INC.,

        Defendant.

09 Civ. 6557 (RJH)
10 Civ. 6537 (RJH)

**ORDER**

On November 15, 2010, the Court held a teleconference at which both parties were present. The defendant expressed its intention to file a motion for reconsideration in Wu I, 09 Civ. 6557, and a motion to dismiss in Wu II, 10 Civ. 6537. The Court adopts the following schedule:

1. Moving papers be filed by January 5, 2011.
2. Oppositions to be filed by February 4, 2011.
3. Replies to be filed by February 18, 2011.

In addition, the court adopts the following consolidated briefing schedule for the motion for class certification, which shall apply to both Wu I and Wu II:

1. Moving papers to be filed by February 25, 2011.
2. Oppositions to be filed by March 28, 2011.
3. Replies to be filed by April 11, 2011.

SO ORDERED.

Dated: New York, New York
       November 30, 2010

_____
Richard J. Holwell
United States District Judge